**Marjorie L. SILVERMAN, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 03–7151.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2004.

*ORDER*

Counsel for Marjorie L. Silverman submits a letter informing the court that the parties have "reached a settlement in this matter," which the court treats as an unopposed motion to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs

**James D. SIMS, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 03–7229.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2004.

*ORDER*

Upon consideration of James D. Sims' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.